597      In re Explosion and Fire at Marrero, Louisiana on
         August 3, 1981

| | | |
|---|---|---|
| 84/04/18 | 1 | MOTION,MEMORANDUM,SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Enola Taylor   SUGGESTED TRANSFEREE DISTRICT: E.D. Louisiana SUGGESTED TRANSFEREE JUDGE: ?  (emh) |
| 84/04/25 | 2 | REQUEST FOR EXTENSION OF TIME -- The Jim Walter Corp. and The Celotex Corp. -- Extension GRANTED to and including May 18, 1984 to The Jim Walter Corp. and The Celotex Corp. -- Notified involved counsel.  (ds) |
| 84/04/27 | | APPEARANCES -- LLOYD W. HAYES, ESQ. for the Celotecx Corp. and Alfred H. Phillip; THOMAS C. MACDONALD, JR., ESQ. for Jim Walter Corp. and A. T. Shukas; GEORGE R. BLUE, JR., ESQ. for Exide Corp.; PAUL B. DEAL, ESQ. for Rollins Burdick Hunter Co., Inc.; RENE A. PASTOREK, ESQ. for Aetna Casualty & Surety Co.; (ds) |
| 84/04/30 | | APPEARANCE -- DONNA S. CUMMINGS, ESQ. for Enola Taylor, Ella Mae Stimage Walker and Edward Jones.          (rew) |
| 84/05/08 | | APPEARANCE -- ROBERT E. KERRIGAN, JR., ESQ. for Gould Inc. (ds) |
| 84/05/17 | | APPEARANCE -- H. JEROME GETTE, ESQ. for Allendale Mutual Insurance Co., Arkwright-Boston Manufacturers Mutual Insurance Co., Philadelphia Manufacturers Mutual Insurance Co., Protection Mutual Insurance Co., Factory Mutual Engineering Association  (cds) |
| 84/05/18 | 3 | MEMORANDUM -- Celotex Corp. and Al Phillip w/cert. of svc. (ds) |
| 84/05/18 | 4 | RESPONSE -- Jim Walter Corp. and A.T. Shukas w/cert. of svc. (ds) |
| 84/05/21 | | APPEARANCE -- ROBERT H. WOOD, JR., ESQ. for Exxon Corporation (cds) |
| 84/06/25 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-6 for Panel Hearing in Boston, Massachusetts on July 26, 1984 (emh) |
| 84/07/16 | 5 | MOTION TO CONTINUE HEARING -- The Celotex Corp. and Alfred H. Philipp w/certo lf svc.  -- DENIED -- Notified involved counsel.  (ds) |

JPML FORM 1A                                                          p.2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  597 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 84/07/23 | | HEARING APPEARANCES -- DONNA S. CUMMINGS, ESQ. for Enola Taylor, et al.; FRANK R. JAKES, ESQ. for Jim Walter Corp. and A.T. Shukas; LLOYD W. HAYES, ESQ. for the Celotex Corp. and Alfred H. Phillip (rh) <br> WAIVERS OF ORAL ARGUMENT -- Eaton Corp.; Exide Corp; Aetna Casualty & Surety Co.; Rollins Burdick Hunter Co.,; Exxon Corp.; Factory Mutual Engineering Assoc.; Allendale Mutual Insurance Co.; Philadelphia Manufacturers Mutual Insurance Co.; and Protection Mutual Insurance Co.  (rh) |
| 84/08/03 | | ORDER DENYING TRANSFER OF LITIGATION -- pursuant to 28 U.S.C. §1407 -- Notified involved counsel, judges, clerks and misc. recipients.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 597 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE EXPLOSION AND FIRE AT MARRERO, LOUISIANA, ON AUGUST 3, 1981

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 7/26/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/3/84 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: August 3, 1984

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO.  597 --   In re Explosion and Fire at Marrero, Louisiana, on August 3, 1981

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Enola Taylor v. The Jim Walter Corp., et al. | M.D.Fla. Carr | 83-951-T-13 | | | | |
| A-2 | Ella M.W. Stimage v. The Jim Walter Corp., et al. | M.D.Fla. Carr | 83-952-T-13 | | | | |
| A-3 | Melvin Bennett, et al. v. The Jim Walter Corp., et al. | M.D.Fla. Kovachevich | 83-953-T-10 | | | | |
| A-4 | Enola Taylor v. Aetna Casualty & Surety Co., et al. | E.D.La. Mentz | 81-4397-I(4) | | | | |
| A-5 | Ella M.W. Stimage v. Aetna Casualty & Surety Co., et al. | E.D.La. Mentz | 82-3341-I(4) | | | | |
| A-6 | Melvin Bennett, et al. v. Aetna Casualty & Surety Co., et al. | E.D.La. Mentz | 82-3343-I(4) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 597 -- In re Explosion and Fire at Marrero, Louisiana

on August 3, 1981

AETNA CASUALTY & SURETY CO.
Rene A. Pastorek, Esquire
Windhorst, Pastorek & Gaudry
72 Westbank Expressway
Suite 101
Post Office Box 409
Gretna, Louisiana 70054

ROLLINS BURDICK HUNTER CO., INC.
Paul B. Deal, Esquire
Lemle, Kelleher, Kohlmeyer,
 Hunley, Moss & Frilot
21st Floor, Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130

EXIDE CORP.
George R. Blue, Jr., Esquire
Blue, Williams & Buckley
3501 N. Causeway Blvd., Suite 1000
Metairie, Louisiana 70002

JIM WALTER CORP.
A. T. SHUKAS
Thomas C. MacDonald, Jr., Esquire
Shackleford, Farrior, Stallings
 & Evans, P.A.
Post Office Box 3324
Tampa, Florida 33601

THE CELOTEX CORP.
ALFRED H. PHILLIPP
Lloyd W. Hayes, Esquire
Adams and Reese
4500 One Shell Square
New Orleans, Louisiana 70139

EATON CORP.
Robert E. Barkley, Jr., Esquire
Sessions, Fishman, Rosenson,
 Boisfontaine & Nathan
2500 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
(No. app. rec'd)

GOULD, INC.
GOULD-NATIONAL BATTERIES, INC.
Robert E. Kerrigan, Jr., Esquire
Ethel Harriet Cohen, Esq.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, Louisiana 70113

EXXON CORPORATION
Robert H. Wood, Jr., Esq.
Exxon Co., U.S.A.
Litigation Section
P.O. Box 60626
New Orleans, LA  70160

FACTORY MUTUAL SYSTEM
FACTORY INSURANCE ASSOC.
INDUSTRIAL RISK INSURERS
AETNA INSURANCE CO.
AMERICAN CASUALTY CO.
AMERICAN REINSURANCE CO.
BITUMINOUS CASUALTY CORP.
COMMERCIAL UNION INSURANCE CO.
THE CONNECTICUT IDEMNITY CO.
CONTINENTAL CASUALTY CO.
CONTINENTAL INSURANCE CO.
FEDERAL INSURANCE CO.
                              Over

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____2_____

DOCKET NO. __597__  -- _____

FIDELITY & CASUALTY CO. OF NEW YORK
FIREMAN'S FUND INSURANCE CO.
FIREMEN'S INSURANCE CO. OF NEWARK
GENERAL ACCIDENT FIRE & LIFE
  ASSURANCE CORP.
GLEN FALLS INSURANCE CO.
GREAT AMERICAN INSURANCE CO.
THE HANOVER INSURANCE CO.
HARTFORD FIRE INSURANCE CO.
HARTFORD STEAM BOILER INSPECTION
  & INSURANCE CO.
THE HOME INSURANCE CO.
INSURANCE CO. OF NORTH AMERICA
MILLERS NATIONAL INSURANCE CO.
MONARCH INSURANCE CO. OF OHIO
NATIONAL FIRE INSURANCE CO. OF HARTFORD
NATIONAL INDEMNITY CO.
NATIONAL SURETY CORP.
NATIONAL UNION FIRE INSURANCE CO. OF
  PITTSBURGH, PA.
NEW HAMPSHIRE INSURANCE CO.,
NORTH AMERICAN REINSURANCE CORP.
NORTHBROOK PROPERTY & CASUALTY
  INSURANCE CO.
NORTHERN INSURANCE CO. OF NEW YORK
NORTHWESTERN NATIONAL INSURANCE CO.
PACIFIC INDEMNITY CO.
PROVIDENCE WASHINGTON INSURANCE CO.
PRUDENTIAL REINSURANCE CO.
THE REINSURANCE CORP. OF NEW ORYK
RELIANCE INSURANCE CO.
ROYAL INSURANCE CO. OF AMERICA
ST. PAUL FIRE & MARINE INSURANCE CO.
STATE FARM FIRE & CASUALTY CO.
SUN INSURANCE OFFICE, Ltd.
THE TRAVELERS INDEMNITY CO.
UNITED STATES FIDELITY & GUARANTY CO.
U.S. FIRE INSURANCE CO.
EXXON CO., U.S.A.
WELDON N. EMMONS
VERN F. HERRMANN
ZURICH INSURANCE CO.
(Unable to determine counsel or address
for the above named defendants)

ENOLA TAYLOR (A-1) and (A-4)
ELLA MAE STIMAGE WALKER (A-2 and A-5)
MELVIN BENNETT (A-3 and A-6)
Donna S. Cummings, Esq
Cummings & Gambel
416 Gravier  Street
New Orleans, Louisiana    70130

ALLENDALE MUTUAL INSURANCE CO.
ARKWRIGHT-BOSTON MANUFACTURERS
  MUTUAL INSURANCE CO.
PHILADELPHIA MANUFACTURERS MUTUAL
  INSURANCE CO.
PROTECTION MUTUAL INSURANCE CO.
FACTORY MUTUAL ENGINEERING ASSOCIATION
Lowry Barfield, Esq.
Robins, Zelle, Larson & Kaplan
5001 LBJ Freeway, Suite 895
Dallas, Texas   75234

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _597_ -- _In re Explosion and Fire at Marrero, Louisiana, on August 3, 1981_

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Jim Walter Corp. | A-1, 2, 3, 4, 5, 6 |
| A.H. Phillips | A-1, 2, 3 |
| A.T. Shukas | A-1, 2, 3 |
| Aetna Casualty & Surety Co. | A-4, 5, 6 |
| The Celotex Corp. | A-4, 5, 6 |
| Eaton Corp. | A-4, 5, 6 |
| Eaton, Yale & Towne, Inc. | A-4, 5, 6 |
| Gould, Inc. | A-4, 5, 6 |
| Gould-National Batteries, Inc. | A-4, 5, 6 |
| Exide Corp. | A-4, 5, 6 |
| Factory Mutual System | A-4, 5, 6 |
| Allendale Mutual Insurance Co. | A-4, 5, 6 |
| Arkright-Boston Manufacturers Mutual Ins. Co. | A-4, 5, 6 |

p. ___2___

| | |
|---|---|
| Philadelphia Manufacturers Mutual Insurance Co. | A-4,5,6 |
| Protection Mutual Insurance Co. | A-4, 6 |
| Factory Mutual Engineering Association | A-4,5,6 |
| Factory Insurance Association | A-4,5,6 |
| Industrial Risk Insurers | A-4,5,6 |
| Aetna Insurance Co. | A-4,5,6 |
| American Casualty Co. | A-4, 6 |
| American ~~Re-Insurance~~ _Reinsurance_ Co. | A-4,5,6 |
| Bituminous Casualty Corp. | A-4, 6 |
| Commercial Union Insurance Co. | A-4,5,6 |
| The Connecticut Indemnity Co. | A-4,5,6 |

JPML FORM 3

p. ___3___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __597__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Continental Casualty Co. | A-4,5,6 |
| Continental Insurance Co. | A-4,5,6 |
| Federal Insurance Co. | A-4,5,6 |
| The Fidelity & Casualty Co. of New York | A-4,5,6 |
| Fireman's Fund Insurance Co. | A-4,5,6 |
| Firemen's Insurance Co. of Newark | A-4,5,6 |
| General Accident Fire & Life Assurance Corp. | A-4,5,6 |
| Glen Falls Insurance Co. | A-4,5,6 |
| Great American Insurance Co. | A-4,5,6 |
| The Hanover Insurance Co. | A-4,5,6 |
| Hartford Fire Insurance Co. | A-4,5,6 |

p. ___4___

| | |
|---|---|
| Hartford Steam Boiler Inspection & Insurance Co. | A-4, 5, 6 |
| The Home Insurance Co. | A-4, 5, 6 |
| Insurance Co. of North America | A-4, 5, 6 |
| Millers National Insurance Co. | A-4, 6 |
| Monarch Insurance Co. of Ohio | A-4, 5, 6 |
| National Fire Insurance Co. of Hartford | A-4, 6 |
| National Indemnity Co. | A-4, 5, 6 |
| National Surety Corp. | A-4, 6 |
| National Union Fire Insurance Co. of Pittsburgh, Pa. | A-4, 5, 6 |
| New Hampshire Insurance Co. | A-4, 5, 6 |
| North American Reinsurance Corp. | A-4, 5, 6 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 597 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Northbrook Property & Casualty Insurance Co. | A-4, 6 |
| Northern Insurance Co. of New York | A-4, 5, 6 |
| Northwestern National Insurance Co. | A-4, 5, 6 |
| Pacific Indemnity Co. | A-4, 5, 6 |
| Providence Washington Insurance Co. | A-4, 5, 6 |
| Prudential Reinsurance Co. | A-4, 5, 6 |
| The Reinsurance Corp. of New York | A-4, 5, 6 |
| Reliance Insurance Co. | A-4, 5, 6 |
| Royal Insurance Co. of America | A-4, 5, 6 |
| St. Paul Fire & Marine Insurance Co. | A-4, 5, 6 |
| State Farm Fire & Casualty Co. | A-4, 5, 6 |

p. __6__

| | |
|---|---|
| Sun Insurance Office, Ltd. | A-4,5,6 |
| The Travelers Indemnity Co. | A-4,5,6 |
| United States Fidelity & Guaranty Co. | A-4,5,6 |
| U.S. Fire Insurance Co. | A-4,5,6 |
| Rollins Burdick Hunter Co. | A-4,6 |
| Exxon Co., U.S.A. (division of Exxon Corp.) | A-4,5,6 |
| Weldon N. Emmons | A-4,5,6 |
| Vern F. Herrmann | A-4,5,6 |
| Zurich Insurance Co. | A-5,6 |
| | |
| | |

p. __6__