JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG -3 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 597

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE EXPLOSION AND FIRE AT MARRERO, LOUISIANA, ON AUGUST 3, 1981

ORDER DENYING TRANSFER*

 This litigation consists of six actions pending in two federal districts: three actions each in the Eastern District of Louisiana and the Middle District of Florida. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by a plaintiff in both a Louisiana and a Florida action, to transfer the Florida actions to the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings with the actions pending there. Four defendants oppose transfer.

 On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We note that 1) the Florida actions have been initiated relatively recently, while the Louisiana actions have been pending since 1981 and 1982 with a December 1984 discovery cutoff and a March 1985 trial set; and 2) since plaintiffs are identical in the Florida and Louisiana forums, the opportunities are enhanced for streamlining this litigation either by voluntary cooperation among the parties and their counsel, or by judicial intervention. Moreover, all defendants to the Florida actions have stated in pleadings before the Panel their willingness to stipulate that all discovery completed in the Louisiana actions may be used in the Florida actions.

 IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Milton Pollack recused himself and took no part in the decision of this matter.

SCHEDULE A

MDL-597 -- In re Explosion and Fire at Marrero, Louisiana, on August 3, 1981

### Middle District of Florida

Enola Taylor v. The Jim Walter Corp., et al., C.A. No. 83-951-T-13
Ella M.W. Stimage v. The Jim Walter Corp., et al., C.A. No. 83-952-T-13
Melvin Bennett, et al. v. The Jim Walter Corp., et al., C.A. No. 83-953-T-10

### Eastern District of Louisiana

Enola Taylor v. Aetna Casualty & Surety Co., et al., C.A. No. 81-4397-I(4)
Ella M.W. Stimage v. Aetna Casualty & Surety Co., et al., C.A. No. 82-3341-I(4)
Melvin Bennett, et al. v. Aetna Casualty & Surety Co., et al., C.A. No. 82-3343-I(4)